M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

Sonja Elaine Whillus ) 2007 OCT 24 A 9: 55
Full name and prison name of )
Plaintiff(s) )
) DEBRA P. HACKETT, CLK
) U.S. DISTRICT COURT
v. ) MIDD CIVIL ACTION NO. 3:07cv960-F
Judge Bailey ) (To be supplied by Clerk of U.S. District
Sally Rea ) Court)
Officer Johnson )
_____ )
_____ )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) ~~Sonja Elaine Whillus~~

         Defendant(s) _____

      2. Court (if federal court, name the district; if state court, name the county)
         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT *Lee County Detention Center*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *Auburn City Jail*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
---|---
1. Salley Heard | 141 North Ross Street, Auburn, a
2. Judge Bailey | 141 North Ross Street, Auburn, al 36030
3. |
4. |
5. |
6. |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED
*August 16, 2007*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *Denied a right to an attorney*

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I was sentenced to January 3, 2007 without an attorney being present to protect my right to a trial.

GROUND TWO: Denied a right to a trial

SUPPORTING FACTS: I feel like I should have had a trial before being sentenced.

GROUND THREE: Denied the right to be heard of evidences that would been favorable to plaintiff behalf.

SUPPORTING FACTS: Upon my arrest I was given a court date of August 23, 2007 that I was not given an opportunity to be heard.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like to be given a court date.

_Sonja Whitlow_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/16/2007
         (Date)

_Sonja Whitlow_
Signature of plaintiff(s)

Sonya Elaine Walker
P.O. Box 2407
Opelika, AL 36804

United States District Court
Middle District of AL
P.O. Box 711
Montgomery, AL 36101

MONTGOMERY AL 361
19 OCT 2007 PM
USA 41