AO 240  (Rev. 10/03)

# UNITED STATES DISTRICT COURT

RECEIVED

District of _____

|                          |                                                  |
|--------------------------|--------------------------------------------------|
| Plaintiff                | **APPLICATION TO PROCEED** |
|                          | **WITHOUT PREPAYMENT OF** |
| V.                       | **FEES AND AFFIDAVIT** |
|                          |                                                  |

2007 OCT 24  A 9: 56

DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Defendant

CASE NUMBER: 3:07cv960 -F

I, _Sonja Elane Whitten_ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☑ Yes        ☐ No        (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _Lee County Detention Center_

   Are you employed at the institution? _no_    Do you receive any payment from the institution? _NO_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?        ☐ Yes        ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.


   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _3/03/1996_


3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes ☑ No |
   | b. | Rent payments, interest or dividends | ☐ Yes ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes ☑ No |
   | d. | Disability or workers compensation payments | ☑ Yes ☐ No |
   | e. | Gifts or inheritances | ☐ Yes ☑ No |
   | f. | Any other sources | ☐ Yes ☑ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?     ☐ Yes          ☐ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?     ☐ Yes     ☐ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_10/16/2007_ _____    _Sonya Whitlow_ _____
        Date                                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

enclosed is a copy of my
account. so that I can proceed
without payment of fees and affidavit

RECEIVED

2007 OCT 24  A  9: 55

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

P. O. BOX 17190
ST LOUIS, MO 63178

NAME: WHITLOW SONJA                          ORDER DATE:    9/18/07
  NBR: 8250                                  ORDER NBR: 74853
BLOCK: C      TIER:       CELL: 9            CPR NBR: 53339   4
SITE: LEE COUNTY DETENTION CENTER    300 001 BEG FUND BAL    2.50
                                                     PAGE:      1

ORDER  SITE:       KEEFE                              ITEM    TOTAL
  QTY  ITEM#       ITEM#   ITEM DESCRIPTION           PRICE   PRICE
   1   9215        28033   COCOA BUTTER LOTION 4OZ            1.85
   1   2210        8112    S.S. FRUIT PUNCH                    .80

Secure Items:
   3   1001        8982    LARGE STAMPED ENVELOPE      .48    1.44
                                            SUB-TOTAL        2.49
                                            SALES TAX         .00
                                            ORDER TOTAL      3.19
                                            FUND BALANCE      .00

REJECTED ITEMS:
  QTY    ITEM DESCRIPTION
   3   1001  LARGE STAMPED ENVELOPE            Ment Fund

LIST SHORTAGES AND OR DAMAGES HERE:
ITEM#     QUANTITY    CATEGORY/DESCRIPTION

SIGNED _____  DATE _____

WITNESSED BY _____  DATE _____

P.O. BOX 17490
ST LOUIS, MO 63178-7490

NAME: WHITLOW   SONJA                                ORDER DATE:   10/02/07
  NBR: 8250                                          ORDER NBR: 83079
BLOCK: C      TIER:           CELL: 9                  CPR NBR: 53548   1
 SITE: LEE COUNTY DETENTION CENTER      30280J 001    BEG FUND BAL:    36.37
                                                            PAGE:       1

| ORDER QTY | SITE ITEM# | KEEFE ITEM# | ITEM DESCRIPTION | ITEM PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 10 | 2200 | 8110 | S.S. ORANGE BREAKFAST DRI | .20 | 2.00 |
| 10 | 2210 | 8112 | S.S. FRUIT PUN | .20 | 2.00 |
| 1 | 3231 | 84711 | 5L OATMEAL SANDWICH CAKES | 1.75 | 1.75 |
| 1 | 4110 | 48609 | LEMON DROPS | .67 | .67 |
| 1 | 4145 | 48605 | STARLITE MINTS 3.75OZ | .67 | .67 |
| 1 | 6117 | 85053 | C.A. CHEESE CRUNCH 11OZ | 1.80 | 1.80 |
| 2 | 6143 | 85113 | SOUR CREAM & ONION | 1.55 | 3.10 |
| 2 | 6150 | 8911 | KEEFE 10OZ NACHO CHIPS | 1.80 | 3.60 |
| 2 | 6313 | 8263 | SUMMER SAUSAGE 5 OZ | 1.75 | 3.50 |
| 2 | 6429 | 82859 | CC JALAP CHEESE SQUEEZE | .90 | .80 |
| 1 | 6501 | 85140 | PICKLE (MILD) | .75 | |
| 4 | 6815 | 76510 | MAYO SINGLE SERVE 1-EA | .75 | |

Secure Items:
| | 1001 | 8983 | LARGE STAMPED ENVELOPE | | |

LIST SHORTAGES AND/OR DAMAGES HERE:
ITEM#     QUANTITY          CATEGORY/DESCRIPTION

SIGNED _____      DATE _____

RECEIVED BY _____      DATE _____